ROBINSON v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Anne Robinson, as administratrix, against the Consolidated Gas Company. No opinion. Mo-

tion denied, with $10 costs. Order filed. See, also, 118 N. Y. Supp. 1137.